IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| KAREN CAMPBELL McGAGH, | * |
| Plaintiff | * |
| v. | *   Civ. No. MJM-24-2533 |
| BALTIMORE COUNTY STATE'S ATTORNEY, *et al.*, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \*

# ORDER

The above-captioned Complaint was filed on August 30, 2024, together with a Motion to Proceed in Forma Pauperis. ECF Nos. 1, 2. The Motion, submitted on the Court's form, is largely blank and does not include sufficient information for the Court to make a determination. ECF No. 2. Furthermore, the Motion indicates that Plaintiff has monthly income that may preclude a finding of indigency. *Id*. Plaintiff shall be required to supplement her Motion or pay the full filing fee before the case may proceed. If Plaintiff elects to pay the full filing fee, the fee will be $405.

Additionally, the Complaint does not include Plaintiff's original signature, but rather a computerized signature. ECF No. 1 at 40. Pursuant to local rules, "[w]hen a party is appearing without counsel, the Clerk will accept for filing only documents signed by that party." Local Rule 102.1(a)(ii) (D. Md. 2024). Plaintiff will be required to submit a signed Complaint before the case may proceed.

1

Accordingly, it is this 6th day of September, 2024, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff is GRANTED 21 days from the date of this Order to supplement her Motion to Proceed in Forma Pauperis or pay the filing fee;

2. Plaintiff is GRANTED 21 days from the date of this Order to submit a Complaint with her original signature;

3. Plaintiff is FOREWARNED that failure to comply with this Order in the time provided may result in dismissal of the Complaint without prejudice and without further notice from the Court; and

4. The Clerk SHALL MAIL a copy of this Order to Plaintiff.

It is so ORDERED.

                                                                      /S/
                                      Matthew J. Maddox
                                      United States District Judge